UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNSON SAFETY, INC., <br><br> Plaintiff-Counterdefendant, <br> vs. <br> VOXX INTERNATIONAL CORPORATION; VOXX ELECTRONICS CORPORATION; and INVISION AUTOMOTIVE SYSTEMS INC., <br><br> Defendants-Counterclaimants. | Case No.: 5:14-cv-02591-ODW-DTB <br><br> Hon. Judge Otis D. Wright, II <br><br> **ORDER TO SHOW CAUSE RE: RESCHEDULING** |

Due to the Court's case load and scheduling conflicts, the Court wishes to continue the claim construction hearing, currently scheduled for March 4, 2016 (ECF No. 88.), until October 21, 2016. However, the Court does not wish to prejudice any party in pursuit of its scheduling needs, and therefore asks parties to **SHOW CAUSE**, in writing **by February 29, 2016**, if the amended schedule below will unduly prejudice any party. Should a party fail to respond to this Order, their silence will be taken as acceptance of the modified schedule.

The proposed schedule is thus:

| Event | Previous Date | New Date |
|---|---|---|
| Trial at 9:00a.m. | 10/11/16 | 5/30/17 |
| File Final Trial Exhibit Stipulation | 10/06/16 | 5/25/17 |
| Hearing on Motions in Limine at 1:30 p.m. | 10/03/16 | 5/22/17 |
| Final Pretrial Conference at 1:30 p.m.; Motions in Limine to be Filed; Proposed Voir Dire Questions & Agreed-to Statement of Case | 9/19/16 | 5/8/17 |
| Lodge Pretrial Conference Order & Pretrial Exhibit Stipulation; File Trial briefs; File Contentions of Fact & Law; Exhibit & Witness Lists; File Status Report Regarding Settlement; File Agreed Upon Set of Instructions & Verdict Forms; File Joint Statement Regarding Disputed Instructions, Verdicts, etc. | 9/12/16 | 5/1/17 |
| Last Day for Hearing Motions | 8/22/16 | 4/10/17 |
| Last Day to Conduct Settlement Conference | 8/15/16 | 4/3/17 |
| Last Day to File Dispositive Motions | 7/25/16 | 3/27/17 |
| (All) Discovery Cut-Off | 7/11/16 | 2/28/17 |

2

| Exchange of Rebuttal Expert Witness Reports | 6/06/16 | 1/23/17 |
|---|---|---|
| Exchange of Opening Expert Witness Reports by Party With Burden of Proof | 5/16/16 | 1/3/17 |
| Advice of Counsel | 28 Days from Claim Construction Order | 28 Days from Claim Construction Order |
| Claim Construction Hearing at 10:00am | 3/4/16 | 10/21/16 |

Dated: February 19, 2016

_____
Honorable Judge Otis D. Wright, II
United States District Judge

3